**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**Z.A.G., INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF C.G., A MINOR,**

***Plaintiff*,**

**No. 5:26-CV-3378-JKP**

**v.**

**FRANK DELEON, DESMER SALINAS, M.M. SALINAS, MINOR, JOHN DOE, UNKNOWN FATHER OF M.M. SALINAS,**

***Defendants*.**

**<u>RE-REFERRAL ORDER</u>**

Before the Court is a Report and Recommendation of United States Magistrate Judge ("R&R") filed June 30, 2026, (ECF No. 3). The Magistrate Judge has recommended that the Court dismiss this action for lack of jurisdiction. Plaintiff has timely objected while also seeking leave to amend. *See* ECF No. 9. She contends that she inadvertently omitted federal claims from the original complaint and seeks an opportunity to remedy the omission. Granting Plaintiff leave to amend is the proper course at this juncture. Accordingly, she may file an amended complaint **<u>on or before November 23, 2026</u>**. Any amendment shall state all claims and allegations of Plaintiff and identify all defendants. Each claim shall specify whether Plaintiff asserts it on her own behalf or on behalf of her child and shall also specifically identify the defendants against whom it is asserted. If the amended complaint fails to establish federal jurisdiction or otherwise fails to survive the screening provisions of 28 U.S.C. § 1915(e), Plaintiff will not have another opportunity to amend. This means that Plaintiff must state her best case. If Plaintiff fails to file a timely amendment, the Court will dismiss this case for lack of jurisdiction without further notice.

Given the upcoming amendment, the undersigned does not accept the R&R and instead re-

refers this matter to the Magistrate Judge for further consideration. Section 636(b)(1) of Title 28 of the United States Code expressly permits the undersigned to "recommit the matter to the magistrate judge with instructions." Should Plaintiff file an amended complaint, the Magistrate Judge should conduct the usual screening required by § 1915(e), as well as any jurisdictional screening.

For these reasons, the Court recommits and re-refers this case to Magistrate Judge Chestney for further consideration.

**It is so ORDERED.**

**SIGNED this 22nd day of October 2026.**

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**